UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                               CRIMINAL ACTION NO. 5:25-cr-00020

KALEE HUFF

**ORDER**

On February 20, 2025, all counsel and Defendant Kalee Huff appeared for a guilty plea hearing. The single-count Information charges Ms. Huff with knowingly entering into a marriage for the purpose of evading the immigration laws of the United States, in violation of 8 U.S.C. § 1325(c). [ECF 4]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on February 20, 2025. [ECF 21]. Objections in this case were due on March 9, 2025. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 21]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Court **DEFERS** adjudication of guilt given the nature of the Defendant's Plea Agreement.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: March 18, 2025

Frank W. Volk
Chief United States District Judge